# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Jonathan Decker

**DISTRICT JUDGE:** Paul L. Maloney

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:25-cr-066 | 09/22/2026 | 8:56am - 10:53am<br>11:30 am - 12:27pm<br>1:48pm - 3:38pm<br>3:57pm - 4:54pm | Kalamazoo | |

**APPEARANCES**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Sara Woodward & Ryan Elsey | Ronald Chapman & John Dowling | Retained |

**TYPE OF HEARING**

__ Arraignment:
  __mute __nolo contendre
  __not guilty __guilty
__ Final Pretrial Conference
__ Detention (waived __ )
__ Motion Hearing
__ Revocation/SRV/PV
__ Bond Violation
__ Change of Plea
__ Sentencing
✓ Trial
__ Other: ______________________

**DOCUMENTS**

__ Defendant's Rights
__ Waiver of Indictment
__ Other:
______________________________
______________________________

Court to Issue:
__ Order of Detention
__ Notice of Sentencing
__ Order Appointing Counsel
__ Other:
______________________________

**CHANGE OF PLEA**

Charging Document:
  __Read __Reading Waived
Guilty Plea to Count(s) ______________
of the ______________________________
Count(s) to be dismissed at sentencing:
______________________________

__ Presentence Report Ordered
__ Presentence Report Waived
__ Plea Accepted by the Court
__ Plea Taken under Advisement
__ No Written Plea Agreement

**SENTENCING**

Imprisonment: ______________________
Probation: ______________________
Supervised Release: ______________________
Fine: $ ______________________
Restitution: $ ______________________
Special Assessment: $ ______________________

Plea Agreement Accepted: __Yes __No
Defendant informed of right to appeal: __Yes __No
Counsel informed of obligation to file appeal: __Yes __No
Conviction Information:
  Date: ______________________
  By: ______________________
  As to Count (s): ______________________

**ADDITIONAL INFORMATION:**
Jury Trial - Day 7; continuation of government's presentation of evidence

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Lauret Henry | **Case Manager:** C. Cavazos |

Criminal Minute Sheet Page 2 of 2

USA v. Jonathan Decker
Case No.: 1:25-cr-066
Date: 09/22/2026

**WITNESSES:**

| Govt | Deft | **Name of Witness** |
|---|---|---|
| X | | continuation of Brad Gittus |
| X | | Danny Lee, Nikita Mercado |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**EXHIBITS:**

| Govt | Deft | I.D. | **Description** | Admitted |
|---|---|---|---|---|
| X | | | exhibits: 230, 201-208, 210-212, 216-219, 222, 225-228, 231 | Yes |
| X | | | exhibits: 302, 307, 312, 313, 325, 367, 300, 329, 330, 368, 301, 380 | Yes |
| | X | | DE-NM-3 | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ADDITIONAL INFORMATION:**